## Richards et al. *versus* Catherine A. McGrath.

This case was tried with the foregoing, and both argued and considered together.

Judgment reversed, and venire facias de novo awarded.